**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| Mark Sundberg, individually, and as Special Administrator for the Estate of Andrew Tekle Sundberg, | Case No. 25-cv-02832 (DSD-EMB) |
| Plaintiff, | |
| vs. | **DEFENDANTS SERAPHINE, PEARSON, KELLY, AND CAMPBELL'S MOTION TO DISMISS** |
| City of Minneapolis; Officer Zachary Seraphine; Officer Aaron Pearson; Sergeant Shawn Kelly; and Lieutenant Thomas Campbell, | |
| Defendants. | |

Defendants Seraphine, Pearson, Kelly and Campbell hereby move the Court pursuant to Fed. R. Civ. P. 12(b)(6) for an Order dismissing the claims against them with prejudice. This Motion is made upon all the files, records, pleadings and embraced documents, and proceedings herein, including arguments of counsel at the motion.

Dated:  November 6, 2025

KRISTYN ANDERSON
Minneapolis City Attorney
By /s/ *Sara J. Lathrop*
SARA J. LATHROP (#310232)
TRACEY N. FUSSY (#311807)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN  55415
sara.lathrop@minneapolismn.gov
tracey.fussy@minneapolismn.gov
(612) 431-1826
(612) 673-2254
*Attorneys for Defendants*